IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  2020CV30697

**CINDYLOU A. BUSTAMANTE**,

      Plaintiff,

v.

**DILLON COMPANIES, LLC d/b/a KING SOOPERS**

      Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE that Defendant Dillon Companies, LLC d/b/a King Soopers, by and through its counsel, Katie B. Johnson and Sara N. Randel, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

## INTRODUCTION AND BASIS FOR REMOVAL

      1.     Dillon Companies, LLC d/b/a King Soopers ("King Soopers") is the Defendant in the above titled action, originally filed in the District Court, Boulder County, Colorado, Case No. 2020CV30697.  On or about August 24, 2020, Plaintiff, Cindylou A. Bustamante ("Ms. Bustamante") filed her Complaint and Jury Demand in Boulder County District Court, Colorado. The Complaint seeks recovery of damages as to Dillon Companies under C.R.S. § 13-21-115. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Bustamante is a citizen of the State of Colorado. In addition to Ms. Bustamante's representation in her Complaint that she currently resides in Colorado, defense counsel has reviewed background information regarding Ms. Bustamante identifying that she has a Colorado driver's license, and is registered to vote in Colorado. *See* **Exhibit A** at page 6. Dillon Companies, LLC, is a wholly owned subsidiary of The Kroger Co., which is its sole member. The Kroger Co. is incorporated in and has a principle place of business in the state of Ohio. For the purposes of diversity, Dillon Companies, LLC, has the citizenship of The Kroger Co., and is therefore a citizen of Ohio. *See United States Advisor, LLC v. Berkshire Prop. Advisors, LLC*, 2009 U.S. Dist. LEXIS 64026 (D.Colo. July 10, 2009). *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶¶3-5.

4. The amount in controversy exceeds $75,000. *See* **Exhibit C,** Plaintiff's District Court Civil Cover Sheet (showing she seeks more than $100,000 in damages); *see also* Paros Properties, LLC v. Colorado Cas. Ins. Co., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Plaintiff's Complaint alleges she has incurred multiple injuries, damages and losses, including but not limited to, permanent physical

impairment and disfigurement, past and future economic and non-economic damages, and physical injuries that may require surgery to repair.  *See* **Exhibit A** at ¶¶27-29.  Accordingly, the amount in controversy exceeds $75,000.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b).  Dillon Companies has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal.  Dillon Companies was served with Plaintiff's Complaint and Jury Demand in this matter on October 16, 2020.  *See* **Exhibit D**.  Thus, Dillon Companies' Notice of Removal is due November 15, 2020.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Dillon Companies has complied with the procedural requirements of 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1.

8. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Boulder. *See* **Exhibit E**. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for Boulder County in Civil Action No. 2020CV30697 and provided to Plaintiff's counsel.

9. A copy of all process, pleadings, and orders that were served by the parties are attached.  In addition to those mentioned above, the Summons to Dillon Companies is attached as **Exhibit F**. The register of actions is attached as **Exhibit G**. No trial, hearings, or other

proceedings are currently scheduled in the District Court for the County of Boulder. The process, pleadings, and orders are captioned as follows:

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit A**   Complaint and Jury Demand;

**Exhibit D**   Return of Service regarding Dillon Companies d/b/a King Soopers;

**Exhibit F**   Summons to Dillon Companies, LLC;

**Exhibit H**   Dillon Companies' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint w/ Proposed Order;

**Exhibit I**   Order Granting Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, Dillon Companies, LLC d/b/a King Soopers respectfully requests that this case be removed from the District Court for the County of Boulder, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 13th day of November, 2020.

*/s/ Katie B. Johnson*
Katie B. Johnson
Sara N. Randel
Sutton | Booker | P.C.
4949 S. Syracuse, Suite 500
Denver, Colorado 80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  kjohnson@suttonbooker.com;
srandel@suttonbooker.com

*Attorneys for Defendant,*
*Dillon Companies, LLC D/b/a King Soopers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2020, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sean M. Dormer
K.C. Harpring
Dormer Harpring, LLC
3457 Ringsby Court, Unit 110
Denver CO  80216

*/s/   Kayla Elizabeth O'Grady*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*